UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-474-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCELA DUQUE
a/k/a MARCELA RATOVICH,

    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Defendant to Attend Deposition in Aid of Execution (DE # 13, 10/30/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion to Compel Defendant to Attend Deposition in Aid of Execution (DE # 13, 10/30/07) on or before December 4, 2007. The failure to file a response may result in an Order granting the Plaintiff's Motion to Compel Defendant to Attend Deposition in Aid of Execution (DE # 13, 10/30/07) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 20th day of November, 2007.

                                                JOHN J. O'SULLIVAN
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record

Sent by Chambers to:
Marcela Duque
a/k/a Marcela Ratovich
17200 SW 87th Court
Palmetto Bay, FL 33157